IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. |
| v. | 1:21-CR-58-WMR-JSA |
| Elvis Maldonado-Santana | |

**ORDER**

Having read and considered the government's Consent Motion to Continue Suppression Hearing, [doc. 38], and for good cause shown, it is hereby **ORDERED** that the Consent Motion to Continue Suppression Hearing is **granted**. It is further **ORDERED** that the suppression hearing currently set for August 18, 2021 is reset for **September 23, 2021 at 9:30 a.m.**

The Court finds that the reason for the delay is for good cause and that the ends of justice served by granting the requested extension of time outweigh the Defendant's and the public's right to a speedy trial. Specifically, the continuance will allow for one of the Government's witnesses to quarantine for COVID-19.

Accordingly, it is further **ORDERED** that the time between August 18, 2021 and the new hearing date of September 23, 2021 shall be excluded from speedy

trial calculations, pursuant to 18 U.S.C. § 3161(h)(7).

SO **ORDERED** this 16th day of August, 2021.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

Presented by:
Alana R. Black, Assistant United States Attorney